No. 77–452. MOBIL ALASKA PIPELINE Co. *v.* UNITED STATES ET AL.;

No. 77–457. EXXON PIPELINE Co. *v.* UNITED STATES ET AL.;

No. 77–551. BP PIPELINES, INC. *v.* UNITED STATES ET AL; and

No. 77–602. ARCO PIPE LINE Co. *v.* UNITED STATES ET AL. C. A. 5th Cir. [Certiorari granted, 434 U. S. 964.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted respondents for that purpose. Petitioners also allotted 15 additional minutes for oral argument. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 77–5858. NAZARIO DE TORO *v.* PUERTO RICO ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 77–388. WASHINGTON ET AL. *v.* CONFEDERATED BANDS AND TRIBES OF THE YAKIMA INDIAN NATION. Appeal from C. A. 9th Cir. Probable jurisdiction noted. The parties are directed to address the following issue: "Whether the partial geographic and subject matter jurisdiction exercised by the State of Washington within the Yakima Indian Reservation pursuant to Public Law 280 violates either the statutory requirements of Public Law 280 or the Equal Protection Clause of the Fourteenth Amendment."

No. 77–952. GROUP LIFE & HEALTH INSURANCE Co., AKA BLUE SHIELD OF TEXAS, ET AL. *v.* ROYAL DRUG Co., INC., DBA ROYAL PHARMACY OF CASTLE HILLS ET AL., ET AL. C. A. 5th Cir. Motion of Blue Shield Assn. for leave to file a brief as *amicus curiae* and certiorari granted.